IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorenzo Elizondo,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>United States of America,<br><br>　　　　　　　Respondent. | No.　CV11-0894 PHX DGC (ECV)<br>　　　CR05-0683 PHX DGC<br><br>**ORDER** |

Petitioner Lorenzo Elizondo has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 1. United States Magistrate Judge Edward C. Voss has issued a report and recommendation ("R&R") recommending that the motion be denied. Doc. 5. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The R&R (Doc. 5) is **accepted**.
2. The motion to vacate sentence (Doc. 1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 30th day of January, 2012.

_____
David G. Campbell
United States District Judge